UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA        :        Docket No. 3:14MJ00154(HBF)
                                                      :
v.                                                    :
                                                      :
RAUL CABAN MARTES               :        August 6, 2014
                                                      :
------------------------------------------------------x

## MOTION TO POSTPONE PRELIMINARY HEARING

The defendant, Raul Caban Martes, is charged in a complaint dated July 2, 2014, with conspiracy to unlawfully deal in firearms.  He was presented in federal court for the first time on July 2, 2014, at which time he was detained by the Court.  A bond hearing was subsequently held on July 8, 2014, at which time the Court denied the defendant's motion for release on a non-surety bond.  Under Federal Rule of Criminal Procedure 5.1, a preliminary hearing must be conducted or an indictment filed within 14 days, and under the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), the government is required to file an indictment or information within 30 days of Mr. Caban's arrest.  The parties previously sought an extension of these deadlines to August 20, 2014.

Undersigned counsel is attempting to pursue a resolution that would resolve this matter without necessitating a probable cause hearing or indictment.  Additional time is required for undersigned counsel to prepare the documents necessary for this proposed resolution.  Accordingly, the defendant seeks an extension of the time within which a preliminary hearing should be held, and within which an indictment or information must be filed, until September 30, 2014.

Undersigned counsel has discussed this continuance with the defendant and he consents to it.  A waiver of rights under Rule 5.1(d) and the Speedy Trial Act has been signed by the defendant and

filed electronically.

          Respectfully submitted,

          The Defendant,
          Raul Caban Martes

          Office of the Federal Defender

Dated: August 6, 2014          /s/ Sarah A. L. Merriam
          Sarah A. L. Merriam
          Assistant Federal Defender
          265 Church Street, Suite 702
          New Haven, CT   06510
          Bar No. ct25379
          Phone: 203-498-4200
          Fax: 203-498-4207
          Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 6, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Sarah A. L. Merriam
          Sarah A. L. Merriam