UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
UNITED STATES OF AMERICA      :         Docket No. 3:14MJ00154(HBF)
:
v.      :
:
RAUL CABAN MARTES      :         August 14, 2014
:
-------------------------------------------------------x

**MOTION FOR RELEASE ON BOND**

      The defendant, Raul Caban Martes, hereby requests that the Court order his release from detention subject to a bond. Mr. Caban Martes is charged in a complaint dated July 2, 2014, with conspiracy to unlawfully deal in firearms. He was presented in federal court for the first time on July 2, 2014, at which time he was detained by the Court. A bond hearing was subsequently held on July 8, 2014, at which time the Court denied the defendant's oral motion for release on a non-surety bond, subject to review of recordings provided by the government. Since the receipt of those recordings, no further ruling has been issued.

      Mr. Caban Martes hereby renews his request for release, and requests that the Court issue a ruling on his motion or schedule a renewed hearing to address any remaining issues. Mr. Caban Martes proposes that he be released on a non-surety bond, to be co-signed by his mother and his girlfriend. Prior to his arrest on these charges. Mr. Caban Martes was working two jobs. His mother works full-time, but his girlfriend is home during the day caring for their infant. Accordingly, she is able to serve as a custodian. Mr. Caban Martes is willing to submit to home confinement with electronic monitoring during the period of his release, and to any other conditions that the Court feels are appropriate.

Mr. Caban has no prior criminal history and poses no danger to the community. He also poses no risk of flight, as he has no passport and no assets, and all of his family resides in the immediate area.

Counsel for the government, Assistant United States Attorney Vanessa Richards, opposes the defendant's release.

                                           Respectfully submitted,

                                           The Defendant,
                                           Raul Caban Martes

                                           Office of the Federal Defender

Dated: August 14, 2014                    /s/ Sarah A. L. Merriam
                                           Sarah A. L. Merriam
                                           Assistant Federal Defender
                                           265 Church Street, Suite 702
                                           New Haven, CT  06510
                                           Bar No. ct25379
                                           Phone: 203-498-4200
                                           Fax: 203-498-4207
                                           Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Sarah A. L. Merriam
                                             Sarah A. L. Merriam