UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
UNITED STATES OF AMERICA         :         Docket No. 3:14MJ00154(HBF)
:
v.                               :
:
RAUL CABAN MARTES                :         September 18, 2014
:
-------------------------------------------------------x

**MOTION FOR RELEASE ON BOND**

     The defendant, Raul Caban Martes, hereby requests that the Court order his release from detention subject to a non-surety bond. Mr. Caban Martes is charged in a complaint dated July 2, 2014, with conspiracy to unlawfully deal in firearms. He was presented in federal court for the first time on July 2, 2014, at which time he was detained by the Court. A bond hearing was subsequently held on July 8, 2014, at which time the Court denied the defendant's oral motion for release on a non-surety bond, subject to review of recordings provided by the government. Since the receipt of those recordings, no further ruling has been issued. A second motion for release on bond was filed on August 14, 2014.

     Mr. Caban Martes hereby renews his request for release, and requests that the Court issue a ruling on his motions or schedule a renewed hearing to address any remaining issues. Mr. Caban Martes has been detained continuously since his arrest on July 2, 2014. Prior to his arrest on these charges, Mr. Caban Martes was working two jobs. He is a new father, and was helping to care for his child and his girlfriend's older son as well. Mr. Caban Martes is charged with a felony offense, but he has no prior criminal history and no history of violence.

     The government has pointed to statements made by Mr. Caban Martes in various recordings

that allegedly refer to violent crimes in seeking to keep Mr. Caban Martes behind bars throughout the duration of his case.  There may be statements by Mr. Caban Martes about unsavory matters.  But there is no allegation that Mr. Caban Martes has actually participated in any violence, either in connection with this case or in the past.  He is charged with "middling" the sales of five firearms to a family acquaintance who was acting as a government informant.  He is not charged with possessing a gun of his own, or with using a gun.

Mr. Caban Martes poses no risk of flight, as his entire family is in the immediate area.  To the extent the Court is concerned about a risk to the community, any such risk can be more than adequately addressed by the conditions previously proposed by the defense.  Mr. Caban Martes would have a custodian present with him at all times, and he would submit to electronic monitoring.

Counsel for the government, Assistant United States Attorney Vanessa Richards, opposes the defendant's release.

>Respectfully submitted,
>
>The Defendant,
>Raul Caban Martes
>
>Office of the Federal Defender

Dated: September 18, 2014               /s/ Sarah A. L. Merriam
                                        Sarah A. L. Merriam
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT   06510
                                        Bar No. ct25379
                                        Phone: 203-498-4200
                                        Fax: 203-498-4207
                                        Email: sarah_merriam@fd.org

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 18, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Sarah A. L. Merriam
                                                Sarah A. L. Merriam