UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
UNITED STATES OF AMERICA         :    Docket No. 3:14MJ00154(HBF)
                                                 :
v.                                               :
                                                 :
RAUL CABAN MARTES                :    September 26, 2014
                                                 :
-------------------------------------------------x
```

## MOTION TO POSTPONE PRELIMINARY HEARING

The defendant, Raul Caban Martes, is charged in a complaint dated July 2, 2014, with conspiracy to unlawfully deal in firearms. He was presented in federal court for the first time on July 2, 2014, at which time he was detained by the Court. He remains detained at Wyatt Detention Center.

The parties have negotiated a tentative resolution that would resolve this matter without necessitating a probable cause hearing or indictment. Additional time is required for undersigned counsel to review the proposed resolution with the defendant and to determine how he wishes to proceed. Accordingly, the defendant seeks an extension of the time within which a preliminary hearing should be held, and within which an indictment or information must be filed, until October 31, 2014.

Undersigned counsel has discussed this continuance with the defendant and he consents to it. A waiver of rights under Rule 5.1(d) and the Speedy Trial Act has been signed by the defendant and filed electronically. Counsel for the government, Assistant United States Attorney Vanessa Richards, consents to this continuance.

                                        Respectfully submitted,

                                        The Defendant,
                                        Raul Caban Martes

                                        Office of the Federal Defender

Dated: September 26, 2014                   /s/ Sarah A. L. Merriam
                                        Sarah A. L. Merriam
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT   06510
                                        Bar No. ct25379
                                        Phone: 203-498-4200
                                        Fax: 203-498-4207
                                        Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 26, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Sarah A. L. Merriam
                                        Sarah A. L. Merriam