UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
: 
UNITED STATES OF AMERICA : Docket No. 3:14MJ00154(HBF)
:
v. :
:
RAUL CABAN MARTES : October 28, 2014
:
------------------------------------------------------x

## WAIVER OF SPEEDY TRIAL RIGHTS

The defendant, Raul Caban Martes, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b) requiring the filing of an indictment or information within 30 days of his arrest, and by Federal Rule of Criminal Procedure 5.1(c) requiring a preliminary hearing within 14 days of his initial appearance. In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up certain of those rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay through and including December 31, 2014, should be excluded.

_____     Date: 10-27-14
Raul Caban Martes

_____     Date: 10/27/2014
Sarah A. L. Merriam

Respectfully submitted,

The Defendant,
Raul Caban Martes

Office of the Federal Defender

Dated: October 28, 2014

Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2014, a copy of the foregoing Waiver was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Sarah A. L. Merriam