UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
: 
UNITED STATES OF AMERICA        :        Docket No. 3:14MJ00154(HBF)
:
v.                                               :
:
RAUL CABAN MARTES                :        October 28, 2014
:
-------------------------------------------------------x

## MOTION TO POSTPONE PRELIMINARY HEARING

The defendant, Raul Caban Martes, is charged in a complaint dated July 2, 2014, with conspiracy to unlawfully deal in firearms. He was presented in federal court for the first time on July 2, 2014, at which time he was detained by the Court. He remains detained at Wyatt Detention Center.

The parties have reached a resolution, and a waiver of indictment and change of plea hearing has been scheduled in this matter for December 2014. Accordingly, the defendant seeks an extension of the time within which a preliminary hearing should be held, and within which an indictment or information must be filed, until December 31, 2014.

Undersigned counsel has discussed this continuance with the defendant and he consents to it. A waiver of rights under Rule 5.1(d) and the Speedy Trial Act has been signed by the defendant and filed electronically. Counsel for the government, Assistant United States Attorney Vanessa Richards, consents to this continuance.

                                          Respectfully submitted,

                                          The Defendant,
                                          Raul Caban Martes

                                          Office of the Federal Defender


Dated: October 28, 2014                         /s/ Sarah A. L. Merriam
                                          Sarah A. L. Merriam
                                          Assistant Federal Defender
                                          265 Church Street, Suite 702
                                          New Haven, CT   06510
                                          Bar No. ct25379
                                          Phone: 203-498-4200
                                          Fax: 203-498-4207
                                          Email: sarah_merriam@fd.org


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 28, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                          /s/ Sarah A. L. Merriam
                                          Sarah A. L. Merriam